UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-61225-CIV-MARRA/SELTZER

FILED by AG D.C.
ELECTRONIC
Aug 23 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

COBRA INTERNATIONAL, INC., A Florida
Corporation

    Plaintiff,

v.

BCBY INTERNATIONAL, INC.,
a New York corporation et al.

    Defendants.
_____/

## MEDIATION REPORT

Mediation on the captioned matter was held August 17, 2006 at 9:30 a.m., as scheduled.

All parties required to attend were present.

Present for Plaintiff, Cobra International Inc., was Barry Eavzan President; attorneys present for Plaintiff were Michael A. Petruccelli, Esq.; Debra Moore, Esq., LuAnn Jacobs, Esq. and Richard Saccocio, Esq.

Present for Defendants, BCBY International, Inc. et. al. were Bruce Cagner and Evan Cagner, Officers of BCBY International, Inc. Attorneys present for Defendants were John F. O'Sullivan, Esq., Julie Nevins, Esq., Mitch Feller, Esq. and Adam Cohen, Esq.

The undersigned acted as Mediator.

Settlement was not reached. An impasse was declared.

>Respectfully submitted,
>
>MALIN, HALEY & DiMAGGIO, P.A.
>1936 South Andrews Ave.
>Fort Lauderdale, FL 33316
>Tel:   (954) 763-3303
>Fax:   (954) 522-6507
>Mediator
>
>By:   */s/ Barry L. Haley*
>Barry L. Haley
>Fla. Bar No. 123,351

I:\11000\11205\Litigation\3901.Mediation.report.doc

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing **MEDIATION REPORT** is being deposited with the United States Postal Service in envelopes addressed to:

Frank Kubler, Esq.
Oltman Flynn & Kubler
PLAINTIFF/COUNTER-DEFENDANTS
Cobra International Inc.
415 Galleria Professional Building
915 Middle River Drive
Fort Lauderdale, Florida 33304-3585
Telephone: 954-563-4814, Fax: 954-563-1226

Michael A. Petruccelli, Esq.
Fann & Petruccelli, P.A.
PLAINTIFF/COUNTER-DEFENDANTS
Cobra Inernational Inc.
5100 N. Federal Highway
Fort Lauderdale, FL 33308
Phone: 954-771-4118, Fax: 954-771-4119

John F. Sullivan, Esq.
Julie E. Nevins, Esq,
Hogan & Hartson, L.L.P.
DEFENDANT/COUNTER-PLAINTIFF'S
BCNY International Inc.
Mellon Financial Center-19 FL
1111 Brickell Avenue
Miami, FL 33131
Tel: (305) 459-6500, Fax: (305) 459-6550

Ajit J. Vaidya, Esq.
Hogan & Hartson, L.L.P.
DEFENDANT/COUNTER-PLAINTIFF'S
BCNY International Inc.
Columbia Square, 555 13th St. N.W.
Washington D.C. 20004-1109
Phone: (202) 637-5600

this _23rd_ day of August, 2006.      By: _____
                                          Barry L. Haley, Esq.
                                          Mediator
                                          Fla. Bar No.: 123,351